Miln v. Patty.

---

### CHILD *vs.* BEACH and others.

ERROR from the supreme court. This case, with the names of the parties reversed, will be found in 13 *Wendell,* 343, *et seq.*, where the supreme court rendered judgment for the *plaintiffs.* The defendant sued out a *writ of error,* and this court unanimously *affirmed* the judgment.

---

### MILN *vs.* PATTY.

ERROR from the supreme court. This case, with the names of the parties reversed, will be found in 16 *Wendell,* 557, *et seq.*, where the supreme court rendered judgment for the plaintiff. The defendant sued out a writ of error, and this court unanimously *affirmed* the judgment.